CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
Herrec4@nv.ccsd.net
*Attorney for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMIE KEITH-HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.: 2:19-cv-01448-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Tammie Keith-Henderson and Defendant Clark County School District, by and through their respective attorneys of record, hereby stipulate to extend the time for Defendant to file a response to Plaintiff's Complaint (ECF No. 1) from the current deadline of September 13, 2019 for seven (7) days, up to and including **September 20, 2019**.  This is the first request for an extension of time to respond to Plaintiff's Complaint.

Defendant seeks the extension of time to allow sufficient time to prepare an appropriate response to the Complaint.  Plaintiff served Defendant with process on August 23, 2019, rending a response due on September 13, 2019.  Fed. R. Civ. P. 12.  Because this is Plaintiff's second lawsuit against Defendant and the former was fully adjudicated in Defendant's favor (Case No.: 2:17-cv-01767-JAD-NJK), counsel requires additional time to evaluate and address potential res judicata and collateral estoppel concerns.  Further, Defendant's counsel will be out of the country through September 15, 2019 and unable to properly evaluate and prepare a response by the current responsive deadline.

Based on the foregoing, the parties hereby stipulate to a short extension of time, until September 20, 2019, for Defendant County School District to respond to the Complaint. The one (1) week extension to answer or otherwise response to the Complaint will have no significant or prejudicial impact on the proceedings.

This request is made in good faith and not for the purpose of delay.

Dated: September 6, 2019                          Dated: September 6, 2019

LAW OFFICE OF DAN M. WINDER P.C.                  CLARK COUNTY SCHOOL DISTRICT
                                                  OFFICE OF THE GENERAL COUNSEL

By: */s/ Dan M. Winder*                           By: */s/ Crystal J. Herrera*
    Dan. M. Winder, Esq. (#1569)                      Crystal J. Herrera (#12396)
    3507 W. Charleston Blvd.                          5100 West Sahara Avenue
    Las Vegas, NV 89102                               Las Vegas, Nevada 89146
    *Attorney for Plaintiff*                          *Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED: __September 9__, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge