# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAMMIE KEITH-HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendant. | Case No. 2:19-cv-01448-RFB-DJA <br><br> *and related case* <br><br> Case No. 2:19-cv-1631-APG-NJK <br><br> **REASSIGNMENT ORDER** |

The presiding District Judges in the above titled actions have individually and collectively determined that the actions are related, and good cause exists to reassign them under the same District Judge and Magistrate Judge pursuant to Local Rule 42-1(b). This transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly,

**IT IS HEREBY ORDERED** that Case No. 2:19-cv-01631-APG-NJK is reassigned to District Judge Richard F. Boulware, II, and Magistrate Judge Daniel J. Albregts. All future filings must bear case number 2:19-cv-01631-RFB-DJA.

DATED this 25th day of November, 2019.

_____     _____
**RICHARD F. BOULWARE, II**           **ANDREW P. GORDON**
UNITED STATES DISTRICT JUDGE          UNITED STATES DISTRICT JUDGE