PATRICK J. MURCH
Nevada Bar No. 10162
BETTY J. FOLEY
Nevada Bar No. 14517
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
murchpj@nv.ccsd.net
foleybj@nv.ccsd.net
*Attorneys for Clark County School District*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMIE KEITH-HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, DOES I-V; and ROES VI-X,<br><br>Defendants. | Case No.: 2:19-cv-01448-RFB-DJA<br><br>**STIPULATION AND ORDER TO SUBSTITUTE COUNSEL** |

Pursuant to LR IA 11-6, the Clark County School District and Tammie Keith-Henderson stipulate and agree that attorney Patrick J. Murch may withdraw from representing the Clark County School District in this matter.

The parties further stipulate and agree that attorney Betty J. Foley, who has already made an appearance in this matter, shall continue to represent the School District.

Dated: April 2, 2024.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Patrick J. Murch
Patrick J. Murch
Nevada Bar No. 10162
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Clark County School District*

By: /s/ Betty J. Foley
Betty J. Foley
Nevada Bar No. 14517
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Clark County School District*

Dated: April 2, 2024.

HOLMAN LAW OFFICE

By: /s/ Kristina S. Holman
Kristina S. Holman
Nevada Bar No. 3742
8275 South Eastern Avenue, Suite 215
Las Vegas, Nevada 89123
*Attorney for Tammie Keith-Henderson*

CLARK COUNTY SCHOOL DISTRICT

By: /s/
General Counsel

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/3/2024