KRISTINA S. HOLMAN
Nevada Bar No. 3742
HOLMAN LAW OFFICE
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Fax: (702) 990-8691
kholman@kristinaholman.com
*Attorney for Tammie Keith-Henderson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMIE KEITH-HENDERSON, an Individual<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I to V; and Roes,<br><br>Defendants. | CASE NO.: 2:19-cv-01448- RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff Tammi Keith-Henderson ("Plaintiff") and Defendant Clark County School District ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have an extension of time up to and including Thursday, August 1, 2024. in which to file her opposition to Defendant's Motion for Summary Judgment (ECF 77) (filed on June 12, 2024). This Stipulation is submitted and based on Plaintiff's counsel requiring additional medical tests which have taken time away from her office for the past two weeks:

1. Defendant filed its motion for summary judgment on June 12, 2024. Thereafter, counsel agreed that Plaintiff could have an extension of time to Wednesday, July 24, 2024, for Plaintiff to file her Opposition to Defendant's motion for summary judgment. This Court granted that extension.

2. The deadline for Plaintiff to file her opposition to Defendant's motion for summary judgment was Wednesday, July 24, 2024.

3. Plaintiff's counsel has requested, and opposing counsel has agreed, that the time for Plaintiff to file her opposition to Defendant's motion for summary judgment be extended to **Thursday, August 1, 2024**.

4. This is the second request for an extension of time for Plaintiff to file her opposition to Defendant's motion for summary judgment.

5. This request is made in good faith and not for the purpose of delay.

Dated: July 25, 2024.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ *Betty J. Foley*
    Betty J. Foley
    Nevada Bar No. 14517
    5100 West Sahara Avenue
    Las Vegas, Nevada 89146
    *Attorney for Clark County School District*

Dated: July 25, 2024.

HOLMAN LAW OFFICE

By: /s/ *Kristina S. Holman*
    Kristina S. Holman
    Nevada Bar No. 3742
    8275 South Eastern Avenue, Suite 215
    Las Vegas, Nevada 89123
    *Attorney for Tammie Keith-Henderson*

**ORDER**

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: July 26, 2024.