1

2

KRISTINA S. HOLMAN
Nevada Bar No. 3742
HOLMAN LAW OFFICE
8275 S. Eastern Ave., Suite 215

3

Las Vegas, Nevada 89123

4

Tel: (702) 614-4777
Fax: (702) 990-8691

5

kholman@kristinaholman.com
*Attorney for Tammie Keith-Henderson*

6

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

TAMMIE KEITH-HENDERSON, an
Individual

10

11

Plaintiff,

12

v.

13

CLARK COUNTY SCHOOL DISTRICT, a
political subdivision of the State of Nevada;
DOES I to V; and Roes,

14

15

Defendants.

CASE NO.: 2:19-cv-01448- RFB-DJA

**STIPULATION AND ORDER TO EXTEND
TIME FOR PLAINTIFF TO FILE HER
OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**(Third Request)**

16

17

18

19

20

21

22

23

24

25

Plaintiff Tammi Keith-Henderson ("Plaintiff") and Defendant Clark County School
District ("Defendant"), by and through their respective counsel of record, hereby stipulate and
agree that Plaintiff shall have an extension of time up to and including Monday, August 12, 2024,
in which to file her opposition to Defendant's Motion for Summary Judgment (ECF No. 77) (filed
on June 12, 2024).   This Stipulation is submitted and based on Plaintiff's counsel requiring
additional medical tests which have taken time away from her office.  Other tests were required for
the week of 7/29/2024 through 8/1/2024.  And tomorrow, August 6, 2024, Plaintiff's counsel has
an out-of-state medical consult.

26

27

28

1.  Defendant filed its motion for summary judgment on June 12, 2024. Thereafter,
counsel agreed that Plaintiff could have an extension of time to Wednesday, July 24,

2024, for Plaintiff to file her Opposition to Defendant's motion for summary judgment. (ECF No. 79). This Court granted that extension.  (ECF No. 80).

2. Plaintiff's counsel and Defendant's counsel stipulated to a second extension of time for Plaintiff to oppose the Motion for Summary Judgment. (ECF No. 81). The Court ordered that the second Stipulation was granted, and the deadline for Plaintiff to file her opposition to Defendant's motion for summary judgment was thereby extended to Thursday, August 1, 2024. (ECF No. 82).

3. Plaintiff's counsel has requested, and opposing counsel has agreed, that the time for Plaintiff to file her opposition to Defendant's motion for summary judgment be extended to **Monday, August 12, 2024**.

4. This is the third request for an extension of time for Plaintiff to file her opposition to Defendant's motion for summary judgment.

5. This request is made in good faith and not for the purpose of delay.

Dated:  August 5, 2024.                          Dated:  August 5, 2024.

CLARK COUNTY SCHOOL DISTRICT            HOLMAN LAW OFFICE
OFFICE OF THE GENERAL COUNSEL

By*:*  _/s/Betty J. Foley____                  By:  _/s/ Kristina S. Holman_____
    Betty J. Foley                                Kristina S. Holman
    Nevada Bar No. 14517                          Nevada Bar No. 3742
    5100 West Sahara Avenue                       8275 South Eastern Avenue, Suite 215
    Las Vegas, Nevada 89146                       Las Vegas, Nevada 89123
    *Attorney for Clark County School District*   *Attorney for Tammie Keith-Henderson*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2024.

Page 2 of 2