KRISTINA S. HOLMAN
Nevada Bar No. 3742
HOLMAN LAW OFFICE
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Fax: (702) 990-8681
kholman@kristinaholman.com
*Attorney for Tammie Keith-Henderson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMMIE KEITH-HENDERSON, an Individual<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I to V; and Roes,<br><br>Defendants. | CASE NO.: 2:19-cv-01448- RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Fourth Request)** |

Plaintiff Tammi Keith-Henderson ("Plaintiff") and Defendant Clark County School District ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have an extension of time up to and including Tuesday, August 20, 2024, in which to file her opposition to Defendant's Motion for Summary Judgment (ECF No. 77) (filed on June 12, 2024).  This Stipulation is submitted and based on Plaintiff's counsel's continuing medical appointments and issues which continue to take time away from her office.

1. Defendant filed its motion for summary judgment on June 12, 2024. Thereafter, counsel agreed that Plaintiff could have an extension of time to Wednesday, July 24, 2024, for Plaintiff to file her Opposition to Defendant's motion for summary judgment. (ECF No. 79). This Court granted that extension.  (ECF No. 80).

2. Plaintiff's counsel and Defendant's counsel stipulated to a second extension of time for Plaintiff to oppose the Motion for Summary Judgment. (ECF No. 81). The Court ordered that the second Stipulation was granted, and the deadline for Plaintiff to file her opposition to Defendant's motion for summary judgment was thereby extended to Thursday, August 1, 2024. (ECF No. 82).

3. Plaintiff's counsel requested, and opposing counsel agreed, that the time for Plaintiff to file her opposition to Defendant's motion for summary judgment be extended to Monday, August 12, 2024.  This Court granted that extension (ECF No. 84).

4. Plaintiff's counsel has requested, and opposing counsel has agreed, that the time for Plaintiff to file her opposition to Defendant's motion for summary judgment be extended to **Tuesday, August 20, 2024**.

5. This is the fourth request for an extension of time for Plaintiff to file her opposition to Defendant's motion for summary judgment.

6. This request is made in good faith and not for the purpose of delay.

Dated:  August 15, 2024.                                    Dated:  August 15, 2024.

CLARK COUNTY SCHOOL DISTRICT            HOLMAN LAW OFFICE
OFFICE OF THE GENERAL COUNSEL
By: _/s/Betty J. Foley_____                       By:__/s/ Kristina S. Holman_____
   Betty J. Foley                                            Kristina S. Holman
   Nevada Bar No. 14517                                Nevada Bar No. 3742
   5100 West Sahara Avenue                          8275 South Eastern Ave., Suite 215
   Las Vegas, Nevada 89146                          Las Vegas, Nevada 89123
   *Attorney for Clark County School District*     *Attorney for Tammie Keith-Henderson*

**IT IS SO ORDERED:**



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16 day of August 2024